1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   Larry Darnell Dunomes,

11                          Plaintiff,                    CASE NO. 3:19-cv-05319-RJB-JRC

12          v.                                            REPORT AND
                                                          RECOMMENDATION
13   Ian Erickson et al.,
                                                          NOTED FOR: AUGUST 9, 2019
14                          Defendants,

15

16          The District Court has referred this action filed under 42 U.S.C. § 1983 to United States

17   Magistrate Judge J. Richard Creatura. Plaintiff Larry Darnell Dunomes, proceeding *pro se* and *in*

18   *forma pauperis*, initiated this civil rights action on April 19, 2019. *See* Dkt. 1. On May 20, 2019,

19   the Court screened plaintiff's complaint and found that plaintiff failed to state a claim under §

20   1983. *See* Dkt. 7. The Court ordered plaintiff to show cause why the complaint should not be

21   dismissed by June 20, 2019. *Id.* The Court warned plaintiff that failure to respond to the order

22   would result in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915.

23   *Id.*

24

Plaintiff has failed to comply with the Court's order. He has not filed a response to the order or attempted to file an amended complaint. As plaintiff has failed to respond to the Court's order and prosecute this case, the Court recommends that this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on August 2, 2019, as noted in the caption.

Dated this 15th day of July, 2019.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2