UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DARNELL DUNOMES,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>IAN ERICKSON, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 19-5319 RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 8. The Court has considered the Report and Recommendation and the remaining record.

On July 15, 2019, the Report and Recommendation was filed, recommending dismissal, without prejudice, of this case for failure to either (1) respond to an order to show cause why the case should not be dismissed or (2) file a proposed amended complaint, stating a claim for relief. Dkt. 8. The Plaintiff did not object.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The Report and Recommendation (Dkt. 8) should be adopted. This case should be dismissed without prejudice.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 8) **IS ADOPTED**; and
- This case **IS DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge J. Richard Creatura, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 12th day of August, 2019.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge